UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.:   8:04-cr-211-T-23MSS

JAMES ALFONSO HENRY
_____/

**ORDER**

The United States Sentencing Commission promulgated Amendment 706, which lowers the base offense level for a cocaine base ("crack" cocaine) offense by two levels for an eligible defendant sentenced on or after November 1, 2007. Effective March 8, 2008, the Commission applied this amendment retroactively to a defendant sentenced before November 1, 2007. James Alfonso Henry, an inmate sentenced before November 1, 2007, moves (Doc. 41)) pro se pursuant to 18 U.S.C. § 3582(c)(2) and Section 1B1.10, United States Sentencing Guidelines, for at least a two-level reduction in his base offense level.

Although at his 2005 sentencing his calculated offense level was 29 and his criminal history category was IV, which yields a guidelines sentencing range of 121-151 months, Henry was sentenced to one hundred twenty (120) months in accord with the ten-year minimum mandatory sentence required by 21 U.S.C. § 841(b)(1)(B)(iii). Section 1B1.10(a)(2)(B) provides that a reduction in sentence is "not consistent with this policy statement and therefore is not authorized . . . under 18 U.S.C. § 3582(c)(2) if . . . an amendment listed in subsection (c) does not have the effect of lowering the

defendant's applicable guideline range."  The pertinent "Application Note" in the "Commentary" accompanying Section1B1.10(a)(2)(B) confirms that Amendment 706 will not lower the defendant's applicable guideline range if the operation of Amendment 706 is superseded by the operation of a statutory minimum mandatory term of imprisonment, which occurs in Henry's circumstance.

Henry's motion for a reduction of sentence (Doc. 41) is **DENIED**.

The Clerk shall furnish a copy of this order to the Federal Public Defender, the United States Attorney, the United States Probation Office, and the defendant.

ORDERED in Tampa, Florida, on April 24, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE